■ MEDICAL MALPRACTICE INSURANCE ASSOCIATION, Respondent, v NEW YORK MEDICAL COLLEGE FLOWER FIFTH AVENUE HOSPITAL, Appellant.—Order, Supreme Court, New York County, entered on September 26, 1978, unanimously affirmed. (See *Medical Malpractice Ins. Assn. v Neuman,* 64 AD2d 559; *Medical Malpractice Ins. Assn. v Brooklyn Hosp.* 70 AD2d 552; *Medical Malpractice Ins. Assn. v Misercordia Hosp.,* 70 AD2d 552.) Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur—Fein, J. P., Sullivan, Bloom, Lane and Lupiano, JJ.